USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                      :

DEXSI ROTGER, as Administrator of the Estate  :
of Nelson Rotger,                     :

                                    Plaintiff,:                    1:15-cv-7783-GHW

                                        :                ORDER

                  -v -                :

MONTEFIORE MEDICAL CENTER,      :

                            Defendant.:

------------------------------------------------------------------X
GREGORY H. WOODS, United States District Judge:

Plaintiff's request for a status conference, Dkt. No. 181, is granted.  The Court will hold a teleconference on November 17, 2022 at 3:00 p.m.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: November 15, 2022
      New York, New York

                                    GREGORY H. WOODS
                            United States District Judge