USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

DEXSI ROTGER, *Administrator of the Estate of Nelson Rotger*,

                      Plaintiff,

-v -

MONTEFIORE MEDICAL CENTER,

                      Defendant.

------------------------------------------------------------- X

1: 15-cv-7783-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      On August 8, 2023, the Court granted Plaintiff's request for an extension of time to apply for restoration of the case to the Court's active calendar, or, alternatively, for the parties to submit a stipulation of settlement and dismissal, setting a deadline of August 30, 2023. Dkt. No. 197. As of September 6, 2023, Plaintiff has not applied for restoration of the case to the Court's active calendar, nor have the parties submitted a stipulation of settlement and dismissal.

      The parties are directed to submit a joint letter providing the Court with an update on the status of this case, due no later than September 20, 2023.

      SO ORDERED.

Dated: September 6, 2023
       New York, New York

                                                      _____
                                                       GREGORY H. WOODS
                                                    United States District Judge